# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

MICHAEL ADDEN,
[DOB: 07/23/1997]

              Defendant.

Case No. __4:24-00099-01-CR-W-RK__

**COUNTS ONE to TEN:**
***Production of Child Pornography***
18 U.S.C. §§ 2251(a) and (e)
NLT:    15 Years Imprisonment
NMT:   30 Years Imprisonment
NMT:   $250,000 Fine
Supervised Release:   5 Years to Life
Class B Felony

**COUNT ELEVEN:**
***Attempted Production of Child Pornography***
18 U.S.C. §§ 2251(a) and (e)
NLT:    15 Years Imprisonment
NMT:   30 Years Imprisonment
NMT:   $250,000 Fine
Supervised Release:   5 Years to Life
Class B Felony

**COUNTS TWELVE and THIRTEEN:**
***Distribution of Child Pornography***
18 U.S.C. §§ 2252(a)(2) and (b)(1)
NLT:    5 Years Imprisonment
NMT:   20 Years Imprisonment
NMT:   $250,000 Fine
Supervised Release:   5 Years to Life
Class C Felony

**COUNT FOURTEEN:**
***Possession of Child Pornography***
18 U.S.C. §§ 2252(a)(4) and (b)(2)
NMT:   20 Years Imprisonment
NMT:   $250,000 Fine
Supervised Release:   5 Years to Life
Class C Felony

$100 Mandatory Special Assessment
Each Count

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNTS ONE to TEN
### (Production of Child Pornography)

On or about each of the dates set forth below, said dates being approximate, in the Western District of Missouri and elsewhere, MICHAEL ADDEN, defendant herein, did knowingly employ, use, persuade, induce, entice and coerce a minor, Minor Victim, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was transported in or affecting interstate or foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and attempted to do so:

| COUNT | DATE | NAME(S) OF VIDEO FILE(S) CONTAINING EACH VISUAL DEPICTION |
|---|---|---|
| 1 | November 14, 2023 | 20231114_181545.mp4 |
| 2 | November 20, 2023 | 20231120_154928.mp4 |
| 3 | December 18, 2023 | 20231218_180829.mp4 |
| 4 | December 18, 2023 | 20231218_173144.mp4 |
| 5 | December 21, 2023 | 20231221_145536.mp4 |
| 6 | January 22, 2024 | 20240122_115549.mp4 20240122_140850.mp4 |
| 7 | January 26, 2024 | 20240126_191118.mp4 |
| 8 | January 30, 2024 | 20240130_190019.mp4 |
| 9 | February 6, 2024 | 20240206_091321.mp4 20240206_091722.mp4 20240206_091934.mp4 |

2

| 10 | February 6, 2024 | 20240206_112920.mp4 |
|---|---|---|

all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT ELEVEN
### (Attempted Production of Child Pornography)

On or about December 26, 2023, the date being approximate, in the Western District of Missouri and elsewhere, MICHAEL ADDEN, defendant herein, did knowingly attempt to employ, use, persuade, induce, entice and coerce a minor, Minor Victim, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: filename 20231226_174318.mp4, which visual depiction was transported in or affecting interstate or foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWELVE
### (Distribution of Child Pornography)

On or about March 30, 2024, the date being approximate, in the Western District of Missouri and elsewhere, MICHAEL ADDEN, defendant herein, using any means or facility of interstate or foreign commerce, knowingly distributed a visual depiction that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained material which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, and attempted to do so, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

Case 4:24-cr-00099-RK   Document 15   Filed 05/07/24   Page 3 of 5

## COUNT THIRTEEN
### (Distribution of Child Pornography)

On or about April 12, 2024, the date being approximate, in the Western District of Missouri and elsewhere, MICHAEL ADDEN, defendant herein, using any means or facility of interstate or foreign commerce, knowingly distributed a visual depiction that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained material which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, and attempted to do so, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOURTEEN
### (Possession of Child Pornography)

On or about April 17, 2024, in the Western District of Missouri and elsewhere, MICHAEL ADDEN, defendant herein, knowingly possessed one or more films, videotapes and other matter which contained one or more visual depictions, separate and apart from the visual depictions relied upon in the other numbered Counts, which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported in or affecting interstate commerce, by any means including by computer, and which were produced using materials which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depictions involved the use of minors engaging in

4

sexually explicit conduct, and were visual depictions of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4) and (b)(2).

A TRUE BILL.

05/07/2024
DATE

*/s/Kimberley Deardorff*
FOREPERSON OF THE GRAND JURY

*/s/Kenneth W. Borgnino*
Kenneth W. Borgnino
Assistant United States Attorney
Special Victims Unit
Western District of Missouri

5